NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000326
28-JUL-2016
08:13 AM**

NO. CAAP-16-0000326

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHASON TAKE ISHII, Plaintiff-Appellant, v.
DAWN NAOMI ISHII, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 13-1-0329)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On April 8, 2016, Plaintiff-Appellant Chason Take Ishii (Appellant) filed a notice of appeal;

(2) On May 7, 2016, the circuit court clerk filed the record on appeal;

(3) On May 9, 2016, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before May 17, 2016, and June 16, 2016, respectively;

(4) Appellant did not file either document, or request an extension of time;

(5) On July 12, 2016, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, the matter would be called to the court's attention on July 22, 2016, for appropriate action, which could include dismissal of the appeal; and

(6) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or otherwise respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, July 28, 2016.

Chief Judge

Associate Judge

Associate Judge

-2-